## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,
                                                                                 Plaintiffs,
-v-

PREMIER VALET CHICAGO, INC., an Illinois Corporation,      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND

| Field | Entry |
|---|---|
| NAME (Type or print) | ROBERT B. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ ROBERT B. GREENBERG |
| FIRM | ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS | 200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01047558 |
| TELEPHONE NUMBER | 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |