AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
                              Plaintiffs,

           v.

PREMIER VALET CHICAGO, INC., an
Illinois Corporation,
                              Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV 2852
                       JUDGE MANNING

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

PREMIER VALET CHICAGO, INC., an Illinois Corporation
c/o:    OSCAR GALLO, JR., Registered Agent
       39W351 Preston Circle
       Geneva, IL 60134

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Nadine Ginley_
------------------------------------
(By) DEPUTY CLERK

**May 16, 2008**
------------------------------------
Date

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND, ET AL.,

Plaintiff/Petitioner

Hearing Date:

CAUSE NO:
08CV 2852

vs.
PREMIER VALET CHICAGO, INC., AN
ILLINOIS CORPORATION

AFFIDAVIT OF SERVICE OF:
SUMMONS AND COMPLAINT

Defendant/Respondent

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **28th day of May, 2008, at 7:41 PM**, at the address of **39W351 PRESTON CIRCLE, GENEVA, Kane** County, **IL 60134**; this affiant served the above described documents upon **PREMIER VALET CHICAGO, INC., AN ILLINOIS CORPORATION**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **OSCAR GALLO, JR., REGISTERED AGENT, A white male approx. 55-65 years of age 5'8"-5'10" in height weighing 160-180 lbs with black hair and glasses**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **29th day of May, 2008**.

Robert D Fairbanks, Reg. # 117-001119, IL

SUBSCRIBED AND SWORN to before me this 29th day of May, 2008

NOTARY PUBLIC in and for the State of Illinois
Residing at: _____
My Commission Expires: _____

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

FOR: **ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**

ORIGINAL PROOF OF
SERVICE

Tracking #: **5350846** SEA