IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>PREMIER VALET CHICAGO, INC., an Illinois Corporation,<br><br>    Defendant. | Case No. 08CV2852<br><br>Judge Manning<br><br>Magistrate Judge Cole |

## ANSWER TO COMPLAINT

NOW COMES DEFENDANT, PREMIER VALET CHICAGO, INC., an Illinois Corporation, by and through his attorneys, GALARNYK & ASSOCIATES, LTD., and in answer to Plaintiff's Compliant, states as follows:

1. Defendant admits each and every allegation contained in Paragraph 1.

2. Defendant admits each and every allegation contained in Paragraph 2.

3. Defendant admits each and every allegation contained in Paragraph 3.

4. Defendant admits each and every allegation contained in Paragraph 4.

5. Defendant admits each and every allegation contained in Paragraph 5.

6. Defendant admits each and every allegation contained in Paragraph 6.

7. Premier admits that it employed persons represented for collective bargaining purposes by the Union and that it was required to contribute to the Funds. Premier has insufficient knowledge upon which to form a belief as to which Collective

Bargaining Agreement or agreements Plaintiff refers in its complaint, and therefore, neither admits nor denies same, but demands strict proof thereof. Premier denies each and every remaining allegation contained in Paragraph 7.

8.  Defendant denies each and every allegation contained in Paragraph 8.

9.  Defendant denies each and every allegation contained in Paragraph 9.

10. Defendant denies each and every allegation contained in Paragraph 10.

11. Defendant denies each and every allegation contained in Paragraph 11.

WHEREFORE, Defendant, Premier Valet Chicago, Inc. demands that judgment be entered on its behalf and against Plaintiff for the costs of this suit and for any and all other relief deemed appropriate under the circumstances.

Respectfully submitted,
PREMIER VALET CHICAGO, INC.

By: _____
One of Its Attorneys

ARDC No. 6191543
John D. Galarnyk, Esq.
GALARNYK & ASSOCIATES, LTD.
70 West Madison Street, Suite 2100
Chicago, IL 60602
(312) 441-5800 (telephone)
(312) 441-5801 (facsimile)