IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND,<br><br>          Plaintiffs,<br><br>   v.<br><br>PREMIER VALET CHICAGO, INC., an Illinois Corporation,<br><br>          Defendant. | Case No. 08CV2852<br><br>Judge Manning<br><br>Magistrate Judge Cole |

## NOTICE OF FILING

To:   Robert B. Greenberg
        Asher, Gittler, Greenfield, D'Alba, Ltd.
        200 W. Jackson Blvd., Suite 1900
        Chicago, IL 60606

**PLEASE TAKE NOTICE** that on this 5th day of June 2008, we filed an **ANSWER TO COMPLAINT,** with the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which has been filed and served contemporaneously herewith and served upon you electronically by the CM/ECF System and U.S. Mail.

                                        Respectfully submitted,
                                        Defendant, PREMIER VALET CHICAGO, INC.

                                        By:  <u>s/ John Galarnyk (electronically filed)</u>
                                                      One of Its Attorneys

GALARNYK & ASSOCIATES, LTD.
Three First National Plaza
70 West Madison Street, Suite 2100
Chicago, Illinois 60602
(312) 441-5800 (telephone)
(312) 441-5801 (facsimile)
ARDC No. 6191543

## CERTIFICATE OF SERVICE

Julie Wojcik, a non-attorney, certifies that on June 5, 2008, she served **ANSWER TO COMPLAINT** with the Clerk of the court by CM/ECF system which will send notification of such filing to the following:

Robert B. Greenberg
Asher, Gittler, Greenfield, D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606

and depositing a copy of the same in the U.S. Mail at 70 W. Madison, Chicago, Illinois at or before 5:00 p.m. on June 5, 2008.

_____
Julie Wojcik