# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

          Plaintiff,

v.

Premier Valet Chicago, Inc.

          Defendant.

Case No.: 1:08−cv−02852

Honorable Blanche M. Manning

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 8/21/2008 at 11:00 AM. Parties shall meet, confer and be prepared to file a written proposed discovery scheduling plan at least 7 days prior to the status. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.